# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————————

Case No. 5D23-1797
LT Case No. 2019-CF-2608

————————————————————

SONYA R. THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

————————————————————

On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

February 20, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____